November 3, 2006

Mr. Mike A. Hatchell
Locke Liddell & Sapp
100 Congress Ave., Suite 300
Austin, TX 78701-4042

Mr. John M. Phalen, Jr.
Daniel Sheehan & Associates
2200 Ross Avenue, Suite 4300 West
Dallas, TX 75201-4756

RE: Case Number: 04-1004
 Court of Appeals Number: 08-03-00366-CV
 Trial Court Number: 13,201-A

Style: HOOVER SLOVACEK L.L.P., FORMERLY HOOVER, BAX & SLOVACEK, L.L.P.
 v.
 JOHN B. WALTON, JR.

Dear Counsel:

 Today the Supreme Court of Texas granted petitioner's motion for
rehearing and denied respondent's motion for rehearing. The Court withdrew
its opinions and judgment of June 30, 2006, and delivered the enclosed
substituted opinions and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures
| | |
|cc:|Mr. Charles R. |
| |Watson Jr. |
| |Ms. Denise Pacheco |
| |Ms. Sherry Terry |